# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BZ CLARITY PHANTOM SUB, LLC, dba BASE ENTERTAINMENT PHANTOM, | ) ) ) |
| Plaintiff, | ) ) Case No. 2:13-cv-01541-MMD-GWF |
| vs. | ) **ORDER** ) |
| BOARD OF TRUSTEES, NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA (IATSE) LOCAL 720 PENSION PLAN, *et al.*, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

This matter is before the Court on Plaintiff's Application to Extend Scheduling Deadlines (#32) filed February 3, 2014 and Defendants' Opposition to Motion to Extend Discovery (#34) filed February 5, 2014. The Court conducted a hearing on February 6, 2014. After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Extend Scheduling Deadlines (#32) is **granted**. The following discovery plan and scheduling order dates shall apply:

 1. Last date to complete discovery: **March 24, 2014**

 2. Last date to file dispositive motions: **April 24, 2014**

 3. Last date to file joint pretrial order: **May 26, 2014**

DATED this 6th day of February, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge