MARK E. FERRARIO, NV Bar No. 1625
Ferrariom@gtlaw.com
TYLER R. ANDREWS, NV Bar No. 9499
andrewst@gtlaw.com
JAMES M. NELSON, *Admitted Pro Hac Vice*
nelsonj@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002

*Attorneys for Plaintiff BZ Clarity/Phantom Sub, LLC,
dba BASE Entertainment Phantom*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BZ Clarity Phantom Sub, LLC, dba BASE Entertainment Phantom,<br><br>Plaintiff,<br><br>vs.<br><br>Board of Trustees, Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada (IATSE) Local 720 Pension Plan; Board of Trustees, Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada (IATSE) Local 720 Pension Trust; and Dan'l Cook, Greg Decker, Brian Menzel, David Niles, Scott Roper, Robert Ostrovsky and Patrick J. Bash as Trustees and Fiduciaries, Board of Trustees, Nevada Resort Association-IATSE Local 720 Pension Trust; and Dan'l Cook, Greg Decker, David Niles, Brian Menzel, Scott Roper, Robert Ostrovsky and Patrick J. Bash as Trustees and Fiduciaries, Board of Trustees, Nevada Resort Association-IATSE Local 720 Pension Plan; et al.,<br><br>Defendants. | Case No. 2:13-cv-01541-MMD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Consistent with Court's minute entry (Document 45) directing the parties to complete dismissal documentation, the parties report that the AAA arbitration subject to the Court's stay

1

order has been resolved and the American Arbitration Association is closing its file. Consistent with the agreement of the parties, they stipulate to the dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(2) with all parties to bear their own attorney's fees, costs and expenses of litigation and with no party being deemed to be a prevailing party or one on whose behalf judgment is being entered in favor of for purposes of 29 U.S.C. §1132(g).

DATED this 15th day of May, 2014.

**GREENBERG TRAURIG, LLP**

By: /s/ James M. Nelson
MARK E. FERRARIO, NV BAR NO. 1625
TYLER R. ANDREWS, NV BAR NO. 9499
JAMES M. NELSON, ADMITTED PRO HAC VICE

*Attorneys for Plaintiff BZ Clarity/Phantom Sub, LLC, dba BASE Entertainment Phantom*

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By: /s/ Adam P. Segal (with permission)
ADAM P. SEGAL, NV BAR NO. 6120

*Attorneys for Defendants*

Dated: May 18, 2014

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE/
~~UNITED STATES MAGISTRATE JUDGE~~

2